1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  CLAUDETTE G. WILSON, SBN 110076
   HEIDI B. WEAVER, SBN 204895
7  WILSON PETTY KOSMO & TURNER
   550 West C Street, Suite 1050
8  San Diego, CA 92101
   Telephone: (619) 236-9600
9  Facsimile: (619) 236-9669

10 Attorneys for Defendant
   BLOCKBUSTER, INC. dba BLOCKBUSTER #6222
11

12 STEPHEN E. HORAN, SBN 125241
   JEFFREY D. CHRISTENSEN, SBN 226716
13 PORTER SCOTT WEIBERG & DELEHANT
   350 University Avenue, Suite 200
14 P.O. Box 255428
   Sacramento, CA 95865
15 Telephone: (916) 929-1481
   Facsimile: (916) 927-3706

16 Attorneys for Defendant
   VIRGINIA G. WILLETT
17

18                 UNITED STATES DISTRICT COURT

19                 EASTERN DISTRICT OF CALIFORNIA

20 JAMES SANFORD,                    Case No. CIV. S 04-2280 DFL GGH

21       Plaintiff,

22 v.                                **REQUEST FOR DISMISSAL AND ORDER THEREON**

23 BLOCKBUSTER, INC. DBA
   BLOCKBUSTER #6222; VIRGINIA G.
24 WILLETT; and DOES 1 through 10,

25

26       Defendants.
                                          /
27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Blockbuster, Inc. dba Blockbuster #6222 and Virginia G. Willett, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: August 17, 2005                LAW OFFICES OF LYNN HUBBARD, III

*/s/ Scottlynn Hubbard, IV*
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: August 17, 2005                WILSON PETTY KOSMO & TURNER

*Signature on File*
HEIDI WEAVER, ESQ.
Attorneys for Defendant Blockbuster, Inc. dba Blockbuster #6222

Dated: August 17, 2005                PORTER SCOTT WEIBERG & DELEHANT

*Signature on File*
JEFF CHRISTENSEN, ESQ.
Attorneys for Defendant Virginia G. Willett

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 04-2280 DFL GGH, is hereby dismissed with prejudice.

Dated: 8/18/2005

DAVID F. LEVI
United States District Judge

Request for Dismissal and Order Thereon                                    Sanford v. Blockbuster #6222, et al.
- 2 -                                    CIV. S-04-2280 DFL GGH